RECEIVED
IN ALEXANDRIA, LA.
SEP 10 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CARLOS DEON WILLIAMS<br>    FED. REG. NO. 07503-003<br>VS.<br><br>JOE KEFFER, WARDEN | CIVIL ACTION NO. 08-1734<br><br>SECTION P<br>JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for *habeas corpus* be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, IN ALEXANDRIA, Louisiana, on this the 10th day of September, 2009.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**